PAMELA VINCENT, ESQ
Law Offices of Terry LaPorte
State Bar No. 206843
436 14th Street, Suite 1413
Oakland, CA  94612
Phone: (510) 208-4525
Fax:    (510) 208-3139
Email Address: prvincent27@gmail.com

Attorney for Plaintiff, Douglas Morganti

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MORGANTI | CIVIL NO. 3:12-cv-03511-CRB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION IN SUPORT OF SUMMARY JUDGMENT OR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff may have an extension of 30 days in which to file her motion in support of summary judgment or remand.  Plaintiff's motion was due on December 5, 2012.  Plaintiff's motion is now due on January 3, 2013.

This is plaintiff's first request.

MELINDAL L. HAAG,
United States Attorney

Stipulation and Order Extending Time
3:12-cv-03511-CRB                 -1-

Dated: December 4, 2012

   s/David Lerch
DAVID LERCH,
Special Assistant United States Attorney

Dated: December 4, 2012

   s/Pamela Vincent
PAMELA VINCENT,
Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:   December 11, 2012

CHARLES R. BREYER
United S...



IT IS SO ORDERED
Judge Charles R. Breyer