1  **PAMELA VINCENT, ESQ**
   **Law Offices of Terry LaPorte**
2  **State Bar No. 206843**
   **436 14ᵗʰ Street, Suite 1413**
3  **Oakland, CA  94612**
   **Phone: (510) 208-4525**
4  **Fax:    (510) 208-3139**
5  Email Address: prvincent27@gmail.com

6
   Attorney for Plaintiff, Douglas Morganti
7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                   **NORTHERN DISTRICT OF CALIFORNIA**
11

12

13  **DOUGLAS MORGANTI**                    )    **CIVIL NO. 3:12-cv-03511-CRB**
                                            )
14          **Plaintiff,**                  )
    **vs.**                                 )
15                                          )    **STIPULATION AND ORDER**
                                            )    **EXTENDING PLAINTIFF'S TIME TO**
16                                          )    **FILE MOTION IN SUPORT OF**
                                            )    **SUMMARY JUDGMENT OR REMAND**
17                                          )
    **MICHAEL J. ASTRUE,**                  )
18  **Commissioner of Social Security**     )
                                            )
19          **Defendant.**                  )
                                            )
20  _____       )

21  IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the
22
    approval of the Court, that plaintiff may have an extension of 30 days in which to file her motion
23
    in support of summary judgment or remand.  Plaintiff's motion was due on December 5, 2012.
24
    Plaintiff's motion is now due on January 3, 2013.
25
    This is plaintiff's first request.
26
                                    MELINDAL L. HAAG,
27                                  United States Attorney

28

    Stipulation and Order Extending Time
    3:12-cv-03511-CRB                    -1-

1   Dated: December 4, 2012             s/David Lerch

2                                       DAVID LERCH,
Special Assistant United States Attorney

3

4   Dated: December 4, 2012             s/Pamela Vincent

                                        PAMELA VINCENT,
Attorney for Plaintiff

5

6

7   PURSUANT TO STIPULATION, IT IS SO ORDERED:

8

9

10  Dated:   December 11, 2012

11

12                              CHARLES R. BREYER
                              United States



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Extending Time
3:12-cv-03511-CRB               -2-