MELINDA L. HAAG, CSBN 132612
United States Attorney
GRACE M. KIM, SBN IL 6203390
Regional Chief Counsel, Region IX
DAVID LERCH, CSBN 229411
Special Assistant United States Attorney
Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone:  (415) 977-8936
    Facsimile:  (415) 744-0134
    Email: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS MORGANTI,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>    Defendant. | CASE NO. 3:12-cv-3511-CRB<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE A CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 28-day extension of time, from January 31, 2013, until February 28, 2013 in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment.  Defendant seeks this additional time in light of his workload which includes other district court briefs, multiple non-litigation matters, and mentoring duties.

    The parties further stipulate the Court's Scheduling Order shall be modified accordingly.

    Counsel apologizes to the Court for this delay.

1
2                                              Respectfully submitted,
3
4  Dated: January 30, 2013            By:      *s/ \*Pamela Vincent*
5                                              [as e-authorized via email]
                                               PAMELA VINCENT
6                                              Attorney for Plaintiff
7
8  Dated: January 30, 2013                     MELINDA L. HAAG
                                               United States Attorney
9
10                                     By:     *s/ David Lerch*
                                               DAVID LERCH
11                                             Special Assistant United States Attorney
                                               Attorneys for Defendant
12
13
                                               ORDER
14
15 PURSUANT TO STIPULATION, IT IS SO ORDERED:
16 Dated  February 1, 2013            _____
17                                             THE HONORABLE CHARLES BREYER
                                               UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28

Stip. and Proposed order for Extension, C 12-3511-CRB                                2