| | |
|---|---|
| 1 | MELINDA L. HAAG, CSBN 132612 |
| | United States Attorney |
| 2 | GRACE M. KIM, SBN IL 6203390 |
| | Regional Chief Counsel, Region IX |
| 3 | DAVID LERCH, CA SBN 229411 |
| | Special Assistant United States Attorney |
| 4 | 160 Spear Street, Suite 800 |
| | San Francisco, California 94105 |
| 5 | Telephone: (415) 977-8936 |
| | Facsimile: (415) 744-0134 |
| 6 | E-Mail: David.Lerch@ssa.gov |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS MORGANTI, | ) |
|   Plaintiff, | ) CASE NO. 3:12-cv-03511-CRB |
| v. | ) STIPULATION AND ORDER |
| | ) FOR A SECOND EXTENSION OF TIME FOR |
| MICHAEL J. ASTRUE, | ) DEFENDANT TO FILE A |
| Commissioner of Social Security | ) CROSS-MOTION FOR SUMMARY |
| | ) JUDGMENT AND OPPOSITION TO |
|   Defendant. | ) PLAINTIFF'S MOTION FOR SUMMARY |
| | ) JUDGMENT |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a second 28-day extension of time, from February 28, 2013, until March 28, 2013 in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This request is made as a result of a realignment of work in the office of the undersigned counsel of record for the Defendant and is not intended to cause intentional delay.

The parties further stipulate the Court's Scheduling Order shall be modified accordingly.

|   |   |   |   |
|---|---|---|---|
| | | | Respectfully submitted, |
| Dated: February 11, 2013 | | By: | s/ Pamela Vincent* |
| | | | [*as e-authorized via email]<br>PAMELA VINCENT,<br>Attorney for Plaintiff |
| Dated: February 11, 2013 | | | MELINDA L. HAAG<br>United States Attorney |
| | | By: | s/ David Lerch<br>DAVID LERCH<br>Special Assistant United States Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated February 12, 2013

_____
THE HONORABLE CHARLES BREYER
UNITED STATES DISTRICT JUDGE